■ BOHDAN KOMARNYCKY et al., Appellants, v HAROLD E. LANE, as Executor of PAUL F. WILL, Deceased, Respondent.— Appeal from an order of the Supreme Court (Brown, J.), entered August 9, 1989 in Saratoga County, which denied plaintiffs' cross motion for summary judgment.

Order affirmed, with costs, upon the opinion of Justice Loren N. Brown. Kane, J. P., Casey, Mikoll, Yesawich, Jr., and Levine, JJ., concur.